UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN ARCHAVAGE, on his own behalf and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL ACCOUNT SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:16-CV-00319<br><br>(SAPORITO, M.J.) |

ORDER

AND NOW, this 29th day of March, 2017, upon consideration of the plaintiff's motion to remand (Doc. 5), the submissions of the parties, and consistent with the Memorandum docketed simultaneously herewith, it is hereby ORDERED as follows:

1. The plaintiff's motion for remand (Doc. 5) is GRANTED.

2. The above matter is remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

3. The Clerk is directed to close this case.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE

Dated: March 29, 2017